ETHEL ZEIGER et al., Appellants, *v.* INTERBOROUGH RAPID TRANSIT COMPANY et al., Respondents.

Submitted October 24, 1938; decided October 25, 1938.

_____

* On reargument, on December 6, 1938, motion granted.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants serve and file an undertaking and perfect appeal on or before November 7, 1938, in which event the motion is denied.